ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

KEVIN D. WICKSTROM, et al.,

    Plaintiff(s),

    v.

AIR LINE PILOTS ASSOCIATION,
 INTERNATIONAL,

    Defendant(s).

Case No.  23 C 2631
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
    and against defendant(s)
    in the amount of $    ,

        which ☐ includes    pre–judgment interest.
               ☐ does not include pre–judgment interest.

    Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

    Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
    and against plaintiff(s)

.

    Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: This case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly on a motion

Date:  12/11/2024

Thomas G. Bruton, Clerk of Court

Melissa Astell , Deputy Clerk