# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

November 14, 2025

*Before*

AMY J. ST. EVE, *Circuit Judge*

JOHN Z. LEE, *Circuit Judge*

JOSHUA P. KOLAR, *Circuit Judge*



No. 25-1036

| | |
|---|---|
| KEVIN D. WICKSTROM, et al., | Appeal from the United States District |
| *Plaintiffs-Appellants,* | Court for the Northern District of Illinois, Eastern Division. |
| | |
| *v.* | No. 1:23-cv-02631 |
| | |
| AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, | Matthew F. Kennelly, |
| *Defendant-Appellee.* | *Judge.* |

## O R D E R

On consideration of appellants' petition for rehearing, no judge in regular active service has requested a vote on the petition for rehearing en banc and the judges on the original panel have voted to deny rehearing. It is, therefore, **ORDERED** that the petition for rehearing is **DENIED.**