# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**BILL OF COSTS**

November 24, 2025

Taxed in Favor of: **Appellee Air Line Pilots Association, International**

| | |
|---|---|
| No. 25-1036 | KEVIN D. WICKSTROM, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>AIR LINE PILOTS ASSOCIATION, INTERNATIONAL,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:23-cv-02631<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

The mandate or agency closing letter issued in this cause on November 24, 2025.

BILL OF COSTS issued in the amount of: $357.00.

|  | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|
| 1. For docketing a case on appeal or review or docketing any other proceeding: | | |
| 2. For reproduction of any record or paper, per page: | | |
| 3. For reproduction of briefs: | | $357.00 |
| | TOTAL: | $357.00 |

form name: **c7_BillOfCosts**    (form ID: **140**)